UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-96-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHANE MICHAEL GREEN | ) | |

This matter is before the Court on the issue of restitution. When defendant was sentenced February 13, 2013, restitution was held open for 90 days as the presentence report had not fixed an amount of restitution for the victim identified therein. Additionally, counsel had not yet had an opportunity to consult with counsel for said victim. It now appears from the United States' report and the attachment thereto that the restitution figure has been agreed upon and is reasonable. Therefore, the Court directs the clerk to prepare an Amended Judgment to reflect that defendant is ordered to pay $750.00 restitution to the victim via counsel at the address listed in said attachment.

SO ORDERED, this 26th day of March, 2013.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE