UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:12-CR-96-1H
Civil No. 7:16-CV-226-H

| | |
|---|---|
| SHANE MICHAEL GREEN, | )<br>) |
| Petitioner, | )<br>) |
| v. | )     ORDER<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | ) |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 21st day of July, 2016.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE